

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bitter Creek Water
Supply Corporation,

Vs. No. 11-17-00080-CV

Wesley Sims,

\* From the 32nd District Court
  of Nolan County
  Trial Court No. 19,506.

 \* June 28, 2019

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Willson, J., and Wright, S.C.J., sitting
  by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the trial court's judgment to the extent that it entered summary judgment against Bitter Creek Water Supply Corporation on its affirmative defense of waiver. We reverse the trial court's judgment in all other respects and remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed sixty percent against Wesley Sims and forty percent against Bitter Creek Water Supply Corporation.